# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Phillips, Mary Elizabeth**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Phillips, Mary Elizabeth [electronically signed on 08/07/2020 by Phillips, Mary Elizabeth in JEFS]**

Public Annotations:

### COMMENT

All stocks and bonds are held in a UBS account.  In previous reports I combined all shares of a particular asset into one line.  This year I separated out the assets by subaccount with UBS.   Therefore, some assets are repeated based on the subaccount in which they are held.

## I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Family Trust | Trust | Trustee |

## II. Agreements

None

## III A. Filer's Non-Investment Income

None

## III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | State of Missouri | Salary |

## IV. Reimbursements

None

## V. Gifts

None

## VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Adorn, Inc. | See Note | None | None | $15,000 or less | Estimated | | | |
| 2 | Family Trust | | | | | | | | |
| 2.1 | Country Club Bank | | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 2.2 | UBS 1 | | | | | | | | |
| 2.2.1 | Vanguard Select Value - VASVX | | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.2.2 | Osage Sch Lake Ozark - bond | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 2.2.3 | Greene Co Reorg school - bond | | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 2.2.4 | Missouri St. Health and EDL - bond | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 2.2.5 | Cash Account - UBS | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 2.2.6 | Bayless Mo Cons - bond | | None | None | None | Cash Market | | | |
| 2.2.6.1 | Bayless Mo Cons - bond | | | | | | Sold | 03/20/2019 | $15,001 - $50,000 |
| 2.2.7 | Kansas City MO IDA SR A RV - bond | | None | None | None | Cash Market | | | |
| 2.2.7.1 | Kansas City MO IDA SR A RV - bond | | | | | | Sold | 03/20/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.2.8 | Kansas City MO San SWR S - Bond | None | None | None | Cash Market | | | |
| 2.2.8.1 | Kansas City MO San SWR S - Bond | | | | | Sold | 03/20/2019 | $50,001 - $100,000 |
| 2.2.9 | Missouri Enviro Imp Engy - bond | None | None | None | Cash Market | | | |
| 2.2.9.1 | Misskouri Enviro Imp Engy - bond | | | | | Sold | 03/20/2019 | $15,000 or less |
| 2.2.10 | St. Louis MO MFC Leasehld Assur RV - Bond | None | None | None | Cash Market | | | |
| 2.2.10.1 | St. Louis MO MFC Leasehld Assur RV - Bond | | | | | Sold | 03/20/2019 | $15,001 - $50,000 |
| 2.3 | UBS 2 | | | | | | | |
| 2.3.1 | California Resource Corp - CRC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.2 | Colgate Palmolive (CL) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.3 | Diageo plc - DEO | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.4 | Intel Corp - INTC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.5 | Johnson & Johnson - JNJ | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.6 | Linde PCL - LIN | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.7 | Medtronic - MDT | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.8 | PepsiCo Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.9 | Rockwell Automation - ROK | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.3.10 | Suncor Energy - SU | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.11 | Union Pacific - UNP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.12 | IShares Trust Real Estate - IYR | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.13 | iShares Russell 2000 Value Index | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.14 | iShares MSCI Emerging Markets Index | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.3.15 | ISHARES Core MSCI Emerging - IEMG | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.16 | Vanguard Midcap Growth - VOT | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.3.17 | Vanguard Mid Cap Value - VOE | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.18 | Vanguard FTSE Emerging Markets - VWO | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.18.1 | Vanguard FTSE Emerging Markets - VWO | | | | | Purchased | 03/20/2019 | $15,001 - $50,000 |
| 2.3.19 | Vanguard Russell 1000 Growth - VONG | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.3.19.1 | Vanguaryd Russell 1000 Growth - VONG | | | | | Purchased | 03/20/2019 | $15,001 - $50,000 |
| 2.3.19.2 | Vanguaryd Russell 1000 Growth - VONG | | | | | Purchased | 12/20/2019 | $15,000 or less |
| 2.3.20 | Vanguard Russell 1000 Value - VONV | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 2.3.20.1 | Vanguard Russell 1000 Value | | | | | Purchased | 03/20/2019 | $15,001 - $50,000 |
| 2.3.20.2 | Vanguard Russell 1000 Value | | | | | Purchased | 07/25/2019 | $50,001 - $100,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.3.21 | Vanguard Russell 2000 Growth - VTWG | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.21.1 | Vanguard Russell 2000 Growth - VTWG | | | | | Purchased | 12/20/2019 | $15,001 - $50,000 |
| 2.3.22 | Vanguard FTSE Developed Market - VEA | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 2.3.22.1 | Vanguard FTSE Developed Market - VEA | | | | | Purchased | 03/20/2019 | $50,001 - $100,000 |
| 2.3.23 | Matthews Pacific Tiger - MAPTX | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.3.24 | Vanguard Primecap Core - VPCCX | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.3.25 | Vanguard Tax-Managed Small Cap - VTMSX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.26 | Direxion IDX - DXCIX | $1,000 or less | Dividend | None | Cash Market | | | |
| 2.3.26.1 | Direxion IDX - DXCIX | | | | | Sold | 12/23/2019 | $15,001 - $50,000 |
| 2.3.27 | Cash Account | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 2.4 | UBS 3 | | | | | | | |
| 2.4.1 | T. Rowe Price Overseas TROSX | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.4.2 | UNTS Gugg Flah Crum PRFD | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.4.2.1 | UNTS Gugg Flah Crum PRFD | | | | | Purchased | 05/16/2019 | $15,001 - $50,000 |
| 2.4.2.2 | UNTS Gugg Flah Crum PRFD | | | | | Sold | 05/07/2019 | $15,001 - $50,000 |
| 2.4.3 | Cash Account - UBS | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 2.5 | UBS 4 | | | | | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.5.1 | California Resources Corp - CRC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.2 | Colgate Palmolive - CL | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.3 | Diageo PLC - DEO | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.4 | Intel Corp - INTC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.5 | Johnson & Johnson - JNJ | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.6 | Linde PLC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.7 | Medtronic - MDT | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.8 | Pepsico - PEP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.9 | QUALCOMM Inc - QCOM | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.10 | Rockwell Automation - ROK | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.11 | Suncor - SU | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.12 | Union Pacif Corp - UNP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.13 | Ishared US Real Estate - IYR | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.13.1 | Ishared US Real Estate - IYR | | | | | Purchased | 12/20/2019 | $15,000 or less |
| 2.5.14 | Vanguard Mid-Cap Growth - VOT | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.15 | Vanguard Mid-cap Value | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.5.16 | Vanguard Emerging Markets - VWO | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.17 | Vanguard Russell 1000 Growth - VONG | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.5.18 | Vanguard Russell 2000 Value | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.18.1 | Vangaurd Russell 2000 Value | | | | | Purchased | 12/20/2019 | $15,000 or less |
| 2.5.19 | Vanguard russell 2000 Growth - VTWG | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.20 | Vanguard Developed MKT - VEA | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.5.21 | Verizon Comm Int. NTS B/E - bond | None | None | $15,001 - $50,000 | Cash Market | | | |
| 2.5.22 | Invesco DB Commodity Index - | None | None | None | Cash Market | | | |
| 2.5.22.1 | Invesco DB Commodity Index - | | | | | Sold | 12/20/2019 | $15,000 or less |
| 2.6 | UBS 5 | | | | | | | |
| 2.6.1 | Loomis Sayles Growth - LGRCX | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.6.2 | Oakmark Intl Fund - OAKIX | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7 | UBS 6 | | | | | | | |
| 2.7.1 | California Resources Corp - CRC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.2 | Colgate Palmolive - CL | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.3 | Diageo - DEO | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.7.4 | Intel Corp - INTC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.5 | Johnson & Johnson - JNJ | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.6 | Medtronic - MDT | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.7 | Pepsico - PEP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.8 | Qualcomm - QCOM | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.9 | Rockwell Automation - ROK | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.10 | Suncor - SU | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.11 | Union Pacitic Corp - UNP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.12 | IShares US Real Estate - IYR | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.12.1 | IShares US Real Estate - IYR | | | | | Purchased | 12/20/2019 | $15,000 or less |
| 2.7.13 | Vanguard Mid-Cap Growth - VOT | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.14 | Vanguard Mid-Cap Value - VOE | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.15 | Vanguard Emerging Markets - VWO | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.16 | Vanguard Russell 1000 Growth - VONG | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.17 | Vanguard Russell 2000 Value - VTWV | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.17.1 | Vanguard Russell 2000 Value - VTWV | | | | | Purchased | 12/20/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.7.18 | Vanguard Russell 2000 Growth - VTWG | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.19 | Vanguard Developed MKT - VEA | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.20 | Vanguard Total Stock - VTSAX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.21 | Invesco DB Commodity Index - DBC | None | None | None | Cash Market | | | |
| 2.7.21.1 | Invesco DB Commodity Index - DBC | | | | | Sold | 12/24/2019 | $15,000 or less |
| 2.7.22 | Cash Account - UBS | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 3 | 457(b) Plan | | | | | | | |
| 3.1 | MO2035 Fund | $1,001 - $2,500 | Interest | $250,001 - $500,000 | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 1 | Adorn is a closely held company that ▓▓▓▓▓▓▓▓ I invested $20,000 in 2007. It is not doing well so I am being generous when estimating the value. It might not be worth anything. |